(December 16, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TORRES, Appellant. [700 NYS2d 761] —Upon the papers filed

in support of the motion, and no papers having been filed in opposition thereto, it is

Ordered that the motion is granted, memorandum and order dated and entered February 25, 1999 (258 AD2d 824) is amended and a revised decision is handed down herewith.

Mercure, J. P., Crew III, Peters, Spain and Carpinello, JJ., concur. [*See*, 267 AD2d 715, decided herewith.]